IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SONY/ATV MUSIC PUBLISHING LLC; SONY/ATV TUNES LLC d/b/a Sony/ATV Harmony; SONY/ATV SONGS LLC d/b/a Sony/ATV Melody; SONY/ATV SOUNDS LLC d/b/a Sony/ATV Rhythm; SONY/ATV DISCOS MUSIC PUBLISHING LLC; SONY/ATV LATIN MUSIC PUBLISHING LLC; and LOWERY MUSIC COMPANY, INC. <br><br> v. <br><br> D.J. MILLER MUSIC DISTRIBUTORS, INC d/b/a Prosing; DALE S. MILLER; JS KARAOKE, LLC d/b/a IXT Systems d/b/a Northstar d/b/a Stardisc d/b/a Forever Hits, and d/b/a JSKaraoke.Com; BOTTOMLINESOURCES.COM, INC. d/b/a Forever Hits, and d/b/a KaraokeUSA.Com; JOHN E. STRAUSER; JEAN M. STRAUSER; and EMERSON RADIO CORP. | No. 3-09-1098 |

O R D E R

Counsel for the plaintiffs and the JSK defendants called the Court on January 21, 2011, at which time they addressed the format of the joint discovery statement to be filed, in accord with the orders entered December 22, 2010, and January 18, 2011 (Docket Entry Nos. 126 and 142).

The time for the parties to file such a statement is extended to January 24, 2011.

The discovery statement may be filed or may be submitted to the Court by delivery to chambers without filing. The discovery statement shall be in a format that sufficiently informs the Court of the matters in dispute without necessarily including voluminous reams of attachments, if the parties believe they are unnecessary.

Counsel agreed that the format of the January 27, 2011, hearing would be to address the discovery disputes and obtain at least a preliminary ruling from the Court, after which the parties believed that they would be able to agree upon the specifics of responses and production of documents at issue.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge